# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

**FILED**
MAY 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name of U.S. District Court: NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court case number: 5:19-CV-01898-EJD

Date case was first filed in U.S. District Court: APR. 9, 2019

Date of judgment or order you are appealing: APR. 30, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes  ☐ No  ● IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

DESIERE QUINTERO, JUAN MCLEOD, SANTOS MENDEZ, MARK HEMMERBACH, MICHAEL SWEATT, SHANNON VUDMUSKA, SONNY LOPEZ, SANTA CRUZ HOMELESS UNION (ALICIA KUHL), RAFAEL SALDAÑA, FOOD NOT BOMBS (KEITH MCHENRY), CRYSTAL OLSSON, HOMELESS UNITED FOR FRIENDSHIP, VANESSA MONTOYA, AND FREEDOM (ROBERT NORSE)

Is this a cross-appeal?  ☐ Yes  ● No

If Yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?  ☐ Yes  ● No

If Yes, what is the prior appeal case number? [ ]

Your mailing address:

Email: Please email ALL correspondence. Alicia11@hotmail.com

115 D. Coral St. Santa Cruz

City: Santa Cruz   State: CA   Zip Code: 95060

Prisoner Inmate or A Number (if applicable): [ ]

Signature: Alicia Kuhl   Date: 5/28/19

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                              Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** (List each party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

DESIERAE QUINTERO   CRYSTAL OLSSON       SANTA CRUZ HOMELESS UNION
SANTOS MENDEZ       VANESSA MUNTOYA
MICHAEL SWEATT      JUAN MACEDO          FOOD NOT BOMBS
JOHNNY LOPEZ        MARK HERMERSBACH     HOMELESS UNITED FOR
RAFAEL SALDANA      SHANNON UNJMUSKA     FRIENDSHIP & FREEDOM

Name(s) of counsel (if any):

Pro Se Plaintiffs

Address: 115 D Coral St. Santa Cruz CA 95060

Telephone number(s): 831 431-7766

Email(s): Alicia1L@hotmail.com   - Please email all correspondence.

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

CITY OF SANTA CRUZ       ANDREW MILLS
SANTA CRUZ CITY COUNCIL
MARTIN BERNAL
SUSIE O'HARA
TINA SHULL

Name(s) of counsel (if any):

ANTHONY CONDOTTI, ESQ.
Atchison, Barisone & Condotti

Address: 333 Church St. Santa Cruz, CA. 95060

Telephone number(s): 831-423-8383

Email(s): t.condotti@abc-law.com

To list additional parties and/or counsel, use next page.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    1                              New 12/01/2018