UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESIEIRE QUINTERO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>    Defendants. | Case No. 5:19-cv-01898-EJD<br><br>**ORDER**<br><br>Re: Dkt. Nos. 28, 33 |

Presently before the Court is (1) a Motion for Transcripts and (2) a Motion for Leave to Appeal in forma pauperis. Dkt. Nos. 28, 33. Pursuant to Civil L.R. 3–9:

> Any party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court. A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules. Sanctions (including default or dismissal) may be imposed for failure to comply with local rules.

Both motions before the Court have been filed by non-party, Alicia Kuhl, Homeless Advocate and Ross Camp Liaison. Because Ms. Kuhl is not a party in this action both motions will be denied.

**IT IS SO ORDERED.**

Dated: June 6, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-01898-EJD
ORDER

1