original

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

FILED
JUN 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **5:19-cv-01898-EJD**

Date case was first filed in U.S. District Court: **April 9, 2019**

Date of judgment or order you are appealing: **April 30, 2019 and June 7, 2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◯ Yes   ● No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| | |
|---|---|
| Desieire Quintero | Juan Macedo |
| Santos Mendez | Mark Hemerbach |
| Michael Sweatt | Shannon Vudmuska |
| Sonny Lopez | and all others similarly situated residents of the Ross Camp (Homeless) Encampment; |
| Rafael Saldan | Ross Camp Council of the Santa Cruz Homeless Union, (Alicia Kuhl, President) |
| Crystal Olsson | Food Not Bombs, Santa Cruz (Keith McHenry, CEO) |
| Vanessa Montoya | Homeless United for Freedom and Friendship (HUFF) (Robert Norse, President) |

Is this a cross-appeal? ◯ Yes   ● No

If Yes, what is the first appeal case number? [                    ]

Was there a previous appeal in this case? ◯ Yes   ● No

If Yes, what is the prior appeal case number? [                    ]

Your mailing address:

Desiere Quintero c/o Homeless Service Center, 115 Coral Street, Santa Cruz, CA, 95060

City: **Santa Cruz**   State: **CA**   Zip Code: **95060**

Prisoner Inmate or A Number (if applicable): [        ]

Signature: *[signature]*   Date: **6/11/19**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018