UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESIEIRE QUINTERO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-01898-EJD<br><br>**ORDER DENYING APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 16 |

Non-party Alicia Kuhl filed an Application for an "Order to Show Cause Why Defendant City of Santa Cruz Should Not Be Held in Contempt of Court for Violating Federal Temporary Restraining Order of April 23, 2019" (Dkt. No. 16). The Application is DENIED. Ms. Kuhl is not a party to the action and has not otherwise established her standing to seek relief for the alleged violation of the court's Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: June 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:19-cv-01898-EJD
ORDER DENYING APPLICATION FOR ORDER TO SHOW CAUSE

1