FILED

JUL 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALICIA KUHL, and All Others Similarly Situated Residents of The Ross Homeless Encampment; et al.,

    Plaintiffs-Appellants,

v.

CITY OF SANTA CRUZ; et al.,

    Defendants-Appellees.

No. 19-16104

D.C. No. 5:19-cv-01898-EJD
Northern District of California,
San Jose

ORDER

Before: CANBY and CHRISTEN, Circuit Judges.

The motion by non-party appellant Alicia Kuhl to proceed in forma pauperis is denied (Docket Entry No. 3).

Non-party appellant Alicia Kuhl is dismissed as a party to this appeal. *See Hoover v. Switlik Parachute Co.,* 663 F.2d 964, 966 (9th Cir. 1981) ("to have standing to appeal, one must have been a party at the time judgment was entered and must be aggrieved by the decision being appealed.").

On July 1, 2019, the district court granted appellant Quintero's motion for leave to proceed in forma pauperis on appeal.

Appellants' opening brief is due August 30, 2019; appellees' answering brief is due September 27, 2019; and appellants' optional reply brief is due within 21 days after service of the answering brief.

MF/Pro Se

Because appellants are proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' brief. *See* 9th Cir. R. 30-1.7.

The appeal and any motions pending at the time briefing is completed shall be referred to the next available motions panel for disposition.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.