UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESIEIRE QUINTERO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>    Defendants. | Case No. 5:19-cv-01898-EJD<br><br>**ORDER OF DISMISSAL** |

Defendants City of Santa Cruz and Take Back Santa Cruz filed motions to dismiss and noticed the motions for hearing on August 22, 2019. Dkt. Nos. 24, 26. Responses/oppositions were due on May 14, 2019. When the court did not receive any response/opposition to the motions, the court issued an Order to Show Cause setting a hearing for August 22, 2019. Dkt. No. 61. The Order to Show Cause directed Plaintiff Desieire Quintero to submit a response and to appear in person to show cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Order to Show Cause also warned Plaintiff that failure to comply with any part of the Order would be deemed sufficient grounds to dismiss the action.

Ms. Quintero did not file a response to the Order to Show Cause. Nor did Ms. Quintero appear for the August 22, 2019 hearing. Non-party Ms. Alicia Kuhl appeared with Anthony Prince, Esq., who entered a special appearance on behalf of all Plaintiffs. Special Counsel requested additional time to respond to the motions and to meet and confer regarding a possible resolution of this matter. The court granted the request and continued the Order to Show Cause and the hearing on the motions to dismiss to October 3, 2019. The court also ordered Plaintiffs to

Case No.: 5:19-cv-01898-EJD
ORDER OF DISMISSAL

1

file responses to the motions to dismiss no later than September 6, 2019.

For the second time, Plaintiffs have not filed any response to the motions to dismiss. Accordingly, the case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  September 11, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-01898-EJD
ORDER OF DISMISSAL

2