UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESIEIRE QUINTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>Defendants. | Case No. 5:19-cv-01898-EJD<br><br>**JUDGMENT** |

Based upon the Order of Dismissal for failure to prosecute, judgment is entered in favor of Defendants and against Plaintiffs.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-01898-EJD
JUDGMENT

1