UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DESIEIRE QUINTERO; et al.,<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF SANTA CRUZ; et al.,<br><br>  Defendants-Appellees. | No. 19-16104<br><br>D.C. No. 5:19-cv-01898-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

On July 31, 2019, this court ordered appellants to file the opening brief by August 30, 2019. The order warned appellants that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellants have not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Monica Fernandez
Deputy Clerk
Ninth Circuit Rule 27-7

MF/Pro Se